IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

STREETER JOHN EARL JR.,
STREETER TYESHA L.,           BK: 12-05910-TOM-13
DEBTOR,

## MOTION TO VACATE ORDER

 COMES NOW THE DEBTORS, by and through the undersigned and respectfully requests that this Honorable Court vacate the Order entered January 16, 2013 by the Bankruptcy Court granting Relief from Stay for the purpose of resolving the amount owed if any by debtors to Gunn, and further show this case removed to the Bankruptcy Court and as grounds therefore states as follows:

1. The debtor requested that Relief from Stay be granted for purposes of resolving the Circuit Court matter, being case number CV 2012-902833.00.

2. The reason for the stay relief was for the debtors to resolve the matters in Circuit Court being case number CV 2012-902833.00.

3. CV 2012-902833.00 has been settled.

4. An amended proof of claim has been filed for the settled amount.

5. Any further orders to be entered in this case should now be back in the jurisdiction of this Court.

 WHEREFORE, premises considered, debtors respectfully requests that the stay be re-imposed as to the plaintiff in case number CV 2012-902833.00 and case number CV 2012-902833.00 be removed to this Court for any other orders.

Respectfully submitted,
/s/Lois Beasley-Carlisle
Lois Beasley-Carlisle
PO Box 170767
B'ham, AL 35217
(205) 841-4063
**lois@carlisleandcarlisle.com**

          Certificate of Service

Please take notice that the above and foregoing has been served upon counsel of record for CV 2012-902833 Charles Boohaker @ charles@boohaker-law.com electronically this date of January 11, 2015.

/s/Lois Beasley-Carlisle

Lois Beasley-Carlisle